# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FT. MYERS DIVISION

**MIGUEL A. CLIME,**

           **Plaintiff,**

**-vs-**                                                         Case No.  2:06-cv-15-FtM-29DNF

**SUNWES PEO, CNA CLAIMPLUS, INC.
AND ARIAS LAW FIRM, P.A.,**

           **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO PROCEED IN FORMA PAUPERIS** (Doc. No. 4) |
| **FILED:** | January 26, 2006 |
| **THEREON** it is **RECOMMENDED** that the motion be **DENIED**. | |

| | |
|---|---|
| **MOTION:** | **MOTION TO PROCEED IN FORMA PAUPERIS** (Doc. No. 5) |
| **FILED:** | January 26, 2006 |
| **THEREON** it is **RECOMMENDED** that the motion be **DENIED**. | |

    On January 12, 2006, the Court entered an Order (Doc. 3) denying the Plaintiff. Miguel A. Clime's request to proceed *in forma pauperis* allowing him twenty (20) days in which to file an

Amended Complaint and a new Affidavit of Indigency which was notarized and had an appropriate value for his home.[1]  On January 26, 2006, Mr. Clime filed two Motions to Proceed *In Forma Pauperis* (Doc. 4 and 5).  No Amended Complaint was filed.

Title 28 U.S.C. §1915 confers upon the Court the discretionary authority to dismiss an action if the Court is satisfied that the action is "frivolous or malicious" or "fails to state a claim on which relief may be granted." *See also, Denton v. Hernandez*, 504 U.S. 25,112 S.Ct. 1728, 118 L.Ed.2d 340, (1992).  A complaint must contain "a short and plain statement of the claim showing that the pleader [Mr. Clime] is entitled to relief" as is required under Fed.R.Civ.P. 8.

The Complaint contains many words and phrases that are in Spanish and the Complaint must be entirely in English for the Court to understand it.  In the first Statement of Facts, Plaintiff is claiming discrimination under Title VII, 42 U.S.C. 2000e.  He claims that he demanded a letter from CNA for medical bills.  It appears that something damaged his credit record, and he claims discrimination and retaliation. The Court cannot decipher the facts from the statements provided.  Mr. Clime seeks damages for back pay, front pay, and other benefits, but it is not clear that he worked for any of the Defendants listed in this Statement of Facts.  Plaintiff has a separate Statement of Facts for a hostile work environment and retaliation claim.  He claims that he injured his back, and had chest pain at work.  The Court cannot decipher any of the other allegations in this Statement of Facts.  Plaintiff has a third Statement of Facts alleging violations of 42 U.S.C. §§1881, 1882, and 1885 for "COMPIRATION, RECTAILLATION AND OCTRUTION OF JUSTICE" [sic].  The allegations are somehow related to attorney Victor Arias, but again the Court cannot comprehend what Plaintiff is trying to convey.

---

[1]  In the Affidavit of Indigency (Doc. 2), he listed the value of his home at $150.00.

In its prior Order, the Court instructed the Plaintiff to file an Amended Complaint which contained a plain statement of his claims, and stated what rights he claimed under the Constitution, laws, or treaties of the United States had been violated. Instead, the Plaintiff filed the two Motions to Proceed *In Forma Pauperis*, which had many words in Spanish and were not notarized. The Court determines that the Plaintiff has failed to state a claim upon which relief may be granted, failed to comply with this Court's prior Order, and failed to provide a complete Motion to Proceed *In Forma Pauperis*. Therefore, it is respectfully recommended that the Motions to Proceed *In Forma Pauperis* be denied and that this action be dismissed.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Respectfully recommended in Chambers in Ft. Myers, Florida this __8th__ day of February, 2006.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies:

All Parties of Record